1  Yasha Bronshteyn, Esq.
   Ginzburg & Bronshteyn, LLP
2  11111 Santa Monica Boulevard, Suite 1840
   Los Angeles, CA 90025
3  Tel. (310)914-3222
   Fax (310)914-4242
4  Email: yashagbllp@yahoo.com
   SBN: 210248
5
   Christopher J. Hufnagel, Esq.
6  Lonstein Law Office, P.C.
   80 North Main Street, P.O. Box 351
7  Ellenville, NY 12428
   Tel. (845) 647-8500
8  Fax (845) 647-6277
   Email: Legal@signallaw.com
9
10             UNITED STATES DISTRICT COURT FOR THE
                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION

12 ------------------------------------------------------------------
   DIRECTV, LLC, a California limited
13 liability company,                          **PROPOSED ORDER DISMISSING**
                                               **DEFENDANT AIDAN MACKEY**
14                                             **WITHOUT PREJUDICE**

15                    Plaintiff,               Civil Action No. 5:13-CV-01619-PSG

16
17         -against-

18 AIDAN MACKEY, GERARD FRANCIS KEHOE and
   ELIZABETH JOSEPHINE KEHOE, Individually, and as
   officers, directors, shareholders, and/or principals of
19 KATIE BLOOM'S INC., d/b/a KATIE BLOOM'S INC. II,
   a/k/a KATIE BLOOM'S IRISH PUB, a/k/a KATIE
20 BLOOMS,

21 and

22 KATIE BLOOM'S INC., d/b/a KATIE BLOOM'S INC. II,
   a/k/a KATIE BLOOM'S IRISH PUB, a/k/a KATIE
23 BLOOMS,
                      Defendants.
24 ------------------------------------------------------------------
           Considering Plaintiff's Notice of Partial Dismissal as to Aidan Mackey, Individually, and as
25
   officer, director, shareholder, and/or principal of Katie Bloom's Inc., d/b/a Katie Bloom's Inc. II,
26
   a/k/a Katie Bloom's Irish Pub, a/k/a Katie Blooms, and good cause having been shown, it is hereby:
27
           **ORDERED** that Defendant, Aidan Mackey, Individually, and as officer, director,
28

1  shareholder, and/or principal of Katie Bloom's Inc., d/b/a Katie Bloom's Inc. II, a/k/a Katie Bloom's

2  Irish Pub, a/k/a Katie Blooms, is hereby dismissed without prejudice and without costs to either party

3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

4  Dated: ___June 5___, 2013

*signature*

**Hon. Paul Singh Grewal**
United States Magistrate Judge