Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Christopher J. Hufnagel, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company, | **PROPOSED ORDER DISMISSING DEFENDANT AIDAN MACKEY WITHOUT PREJUDICE** |
| Plaintiff, | Civil Action No. 5:13-CV-01619-PSG |
| -against- | |
| AIDAN MACKEY, GERARD FRANCIS KEHOE and ELIZABETH JOSEPHINE KEHOE, Individually, and as officers, directors, shareholders, and/or principals of KATIE BLOOM'S INC., d/b/a KATIE BLOOM'S INC. II, a/k/a KATIE BLOOM'S IRISH PUB, a/k/a KATIE BLOOMS, | |
| and | |
| KATIE BLOOM'S INC., d/b/a KATIE BLOOM'S INC. II, a/k/a KATIE BLOOM'S IRISH PUB, a/k/a KATIE BLOOMS, | |
| Defendants. | |

Considering Plaintiff's Notice of Partial Dismissal as to Aidan Mackey, Individually, and as officer, director, shareholder, and/or principal of Katie Bloom's Inc., d/b/a Katie Bloom's Inc. II, a/k/a Katie Bloom's Irish Pub, a/k/a Katie Blooms, and good cause having been shown, it is hereby:

**ORDERED** that Defendant, Aidan Mackey, Individually, and as officer, director,

1  shareholder, and/or principal of Katie Bloom's Inc., d/b/a Katie Bloom's Inc. II, a/k/a Katie Bloom's
2  Irish Pub, a/k/a Katie Blooms, is hereby dismissed without prejudice and without costs to either party
3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
4  Dated: ___June 5___, 2013

_____
**Hon. Paul Singh Grewal**
United States Magistrate Judge