UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, LLC, | Case No. C-13-01619-RMW |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| AIDAN MACKEY et al., | |
| Defendants. | |

On November 13, 2013, the court adopted the Report and Recommendation of the magistrate judge, entered default judgment, but deferred awarding damages until the court could hold an evidentiary hearing.  Dkt. No. 29.  On December 13, 2013, the court held an evidentiary hearing to determine damages.

The court may award statutory damages up to $10,000 for the violation of 47 U.S.C. § 605(a). 47 U.S.C. § 605(e)(3)(C). In addition, 47 U.S.C. § 605(e)(3)(B)(iii) states that the court "shall direct the recovery of full costs, including awarding reasonable attorneys' fees to an aggrieved party who prevails." The court finds an award to plaintiff DirecTV of $7,500 in statutory damages under 47 U.S.C. § 605(e)(3)(C) and $5,341 in attorneys' fees and costs. The court declines to award enhanced damages for willfulness under 47 U.S.C. § 605(e)(3)(C)(ii).

1   Therefore, the court orders that DirecTV is entitled to recover a total of $12,841 from
2   defendants Gerard Francis Kehoe and Elizabeth Josephine Kehoe, jointly and severally, in their
3   individual capacities and as principals of Katie Bloom's Inc. II, a/k/a Katie Bloom's Irish Pub a/k/a
4   Katie Blooms.

Dated: December 13, 2013

_____
RONALD M. WHYTE
United States District Judge