UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIDAN MACKEY et al.,<br><br>　　　　　Defendants. | Case No. C-13-01619-RMW<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

　　　　Pursuant to 28 U.S.C. § 566(c), Rule 4(c) of the Federal Rules of Civil Procedure, and Rule 4.1 of the Civil Local Rules, Michael Kern of Kern Legal Services, Inc., or his designated agent, who is at least 18 years of age, of suitable discretion and not a party to the within action, is authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the Levying Officer.

Dated: May 8, 2014

　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE SERVICE OF PROCESS
Case No. C-13-01619-RMW
RDS

- 1 -